UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WESTERN SURETY COMPANY | CIVIL ACTION |
| VERSUS | NO. 23-1097 |
| MAGEE EXCAVATION & DEVELOPMENT, LLC, *et al.* | SECTION M (2) |

## **RULE 54(b) JUDGMENT**

Pursuant to the Court's Order & Reasons granting the motion of First Horizon Bank ("First Horizon") for partial summary judgment,[1] and the Court's Order certifying that Order & Reasons as a final judgment,[2] the following judgment is hereby entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure:

IT IS ORDERED that judgment is rendered in favor of First Horizon and against Magee Excavation & Development, LLC ("Magee Excavation"), Magee Equipment, LLC ("Magee Equipment"), Magee Builders, LLC ("Magee Builders"), Magee Development, LLC ("Magee Development"), and Skip C. Magee ("Mr. Magee"), *in solido*, for the amounts outstanding on the $3,150,000 note, which total $2,334,664.21, plus prejudgment interest accruing after July 24, 2023, through the date of entry of this judgment at the per diem rate of $326.55.

IT IS FURTHER ORDERED that judgment is rendered in favor of First Horizon and against Magee Excavation, Magee Equipment, Magee Builders, and Mr. Magee, *in solido*, for the amounts outstanding on the $1,450,000 note, which total $1,514,550.63, plus prejudgment interest accruing after July 24, 2023, through the date of entry of this judgment at the per diem rate of $370.24.

---

[1] R. Doc. 104.
[2] R. Doc. 115.

IT IS FURTHER ORDERED that judgment is rendered in favor of First Horizon and against Magee Excavation, Magee Equipment, Magee Builders, and Mr. Magee, *in solido*, for the amounts outstanding on the $500,000 note, which total $406,563.20, plus prejudgment interest accruing after July 24, 2023, through the date of entry of this judgment at the per diem rate of $55.22.

IT IS FURTHER ORDERED that the amounts owed by each judgment debtor herein shall bear post-judgment interest at the judicial rate until paid in full.

IT IS FURTHER ORDERED that, pursuant to the Court's October 19, 2023 Order,[3] this Judgment is certified as final under Rule 54(b) as to counts 1 through 4 of First Horizon's complaint against the defendants named herein, and the Court also certifies that there is no just reason for delay for the reasons previously stated.

New Orleans, Louisiana, this 25th day of October, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[3] R. Doc. 115.