UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WESTERN SURETY COMPANY | CIVIL ACTION |
| VERSUS | NO. 23-1097 |
| MAGEE EXCAVATION & DEVELOPMENT, LLC, *et al.* | SECTION M (2) |

## ORDER & REASONS

Before the Court is a motion for summary judgment filed by plaintiff Western Surety Company ("Western Surety") against defendants Magee Excavation & Development, LLC ("Magee Excavation"), Magee Equipment, LLC ("Magee Equipment"), Magee Development, LLC ("Magee Development"), Magee Builders, LLC ("Magee Builders"), Skip C. Magee, and Jessica A. Magee.[1] The motion is set for submission on November 2, 2023.[2] Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed no later than eight days before the noticed submission date, making the deadline in this instance October 25, 2023. Defendants, who are represented by counsel, did not file an opposition to the motion. Instead, on October 30, 2023, defendants Skip C. Magee and Jessica A. Magee indicated in their opposition to Western Surety's motion for contempt that they did not intend to oppose the motion for summary judgment.[3] Similarly, Magee Excavation, Magee Builders, Magee Equipment, and Magee Development filed a statement of no opposition to the motion.[4]

---

[1] R. Doc. 113.
[2] R. Doc. 113-8.
[3] R. Doc. 120.
[4] R. Doc. 122.

Accordingly, because the motion is unopposed, and considering the evidence submitted in support of the motion, the record of this matter, and finding that there are no genuine issues of material fact in dispute and that mover is entitled to judgment as a matter of law,

IT IS ORDERED that Western Surety's motion for summary judgment on Counts I and V of the Complaint is GRANTED.

IT IS FURTHER ORDERED that defendants Magee Excavation, Magee Builders, Magee Equipment, Magee Development, Skip C. Magee, and Jessica A. Magee are liable, jointly and severally, to Western Surety in the total amount of $10,733,899.13, plus interest and attorney's fees from the date of judgment until paid.

New Orleans, Louisiana, this 1st day of November, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE